**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: WEBB, TERRY L | § | Case No. 10-70208 |
| WEBB, LINDA L | § | |
| | § | |
| Debtor(s) LEIFHEIT, LINDA L | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE              , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   327 S Church Street, Room 1100
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/30/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  11/27/2013          By:  /s/BERNARD J. NATALE
                                                Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: WEBB, TERRY L § Case No. 10-70208
WEBB, LINDA L §
§
Debtor(s) LEIFHEIT, LINDA L §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 60,000.00 |
| *and approved disbursements of* | $ 54,759.88 |
| *leaving a balance on hand of* [1] | $ 5,240.12 |
| **Balance on hand:** | $ 5,240.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Resource Bank, N.A. | 118,641.99 | 118,641.99 | 0.00 | 0.00 |
| ACS | ACS Recovery Services | 6,662.44 | 6,662.44 | 6,662.44 | 0.00 |
| AFI | American Family Insurance | 1,383.33 | 1,383.33 | 1,383.33 | 0.00 |
| MOI | Midwest Orthopaedic Institute | 3,169.73 | 3,169.73 | 3,169.73 | 0.00 |
| NOREHAB | Northern Rehabilitation | 876.67 | 876.67 | 876.67 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,240.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,971.00 | 0.00 | 1,971.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,736.32 | 0.00 | 1,736.32 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 49.61 | 0.00 | 49.61 |
| Other Fees: Richard L Turner Jr | 20,000.00 | 20,000.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Expenses: Richard L Turner Jr | 7,641.82 | 7,641.82 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 3,756.93
Remaining balance: $ 1,483.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,483.19

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,483.19

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,846.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | National Bank & Trust | 4,688.62 | 0.00 | 75.71 |
| 2 | Discover Bank | 6,610.00 | 0.00 | 106.74 |
| 3 | Capital Recovery III LLC As Assignee of HSBC | 2,237.27 | 0.00 | 36.13 |
| 4 | American Infosource Lp As Agent for | 1,653.74 | 0.00 | 26.71 |
| 5 | Chase Bank USA, N.A. | 3,813.54 | 0.00 | 61.58 |
| 6 | Waterman State Bank | 72,843.70 | 0.00 | 1,176.32 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 1,483.19 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,529.96 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Citicorp Trust Bank | 1,529.96 | 0.00 | 0.00 |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By:  /s/BERNARD J. NATALE
                         Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-70208-TML
Terry L Webb                                                        Chapter 7
Linda L Webb
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2           Date Rcvd: Dec 04, 2013
                              Form ID: pdf006         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2013.
```
db/jdb      +Terry L Webb,   Linda L Webb,   365 North Birch Street,    Waterman, IL 60556-9821
14990801     Ashley Furniture Homestore,   CitiFinancial Retail Services,   PO Box 183041,
              Columbus, OH 43218-3041
14990802    +Best Buy,   Retail Services,   P.O. Box 17298,   Wilmington, DE 19850
14990804     Capital One Bank,   P.O. box 6492,   Carol Stream, IL 60197-6492
14990805     Chase,   Cardmember SErvice,   P.O. box 15548,   Wilmington, DE 19886-5548
15432279     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14990806     Citi Professional Card,   Box 6000,   The Lakes, NV 89163-6000
14990812     Discover Financial Services,   PO Box 163405,   Fort Worth, TX 76161-3405
14990813     Encore Receivable Managment, Inc.,   P.O. Box 3330,   Olathe, KS 66063-3330
14990815     HSBC Card Services,   PO Box 37281,   Baltimore, MD 21297-3281
14990816     Joe Hand Promotions, Inc.,   c/o Attorney Thomas P. Riley,   1114 Fremont Avenue,
              South Pasadena, CA 91030-3227
14990817     Kishwaukee Community Hospital,   Payment Processing Center,   P.O. Box 739,
              Moline, IL 61266-0739
14990820    +LaSalle County Treasurer,   PO Box 1560,   Ottawa, IL 61350-5560
14990818    +Lake Holiday Property Owners Assoc.,   283 East Street,   Somonauk, IL 60552-9625
14990822    +Melissa P. Irick,   The Foster & Buick Law Group,   2040 Aberdeen Court,
              Sycamore, IL 60178-3140
14990824     Menards,   Retail Services,   P.O. Box 17602,   Baltimore, MD 21297-1602
19927193     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
14990826    +NCB Management Services, Inc.,   P.O. Box 1099,   Langhorne, PA 19047-6099
14990825    +National Bank & Trust,   230 W. State Street,   Sycamore, IL 60178-1489
14990828    +Resource Bank, N.A.,   555 Bethany Road,   DeKalb, IL 60115-4941
15501210    +Saxon Mortgage Services, Inc.,   1270 Northland Drive, Suite 200,
              Mendota Heights, MN 55120-1176
14990829     Sears,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
14990833    +Waterman State Bank,   248 W. Lincoln Hwy.,   PO Box 209,   Waterman, IL 60556-0209
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20320098      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2013 01:15:41
               American InfoSource LP as agent for TD Bank, USA,   PO Box 248866,
               Oklahoma City, OK  73124-8866
15425316      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2013 01:14:50
               American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
14990803     +E-mail/Text: cms-bk@cms-collect.com Dec 05 2013 01:06:08      Capital Management Services LP,
               726 Exchange Street - Suite 700,   Buffalo, NY 14210-1464
15405925     +E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2013 01:14:02
               Capital Recovery III LLC As Assignee of HSBC,   Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14990807      E-mail/Text: legalcollections@comed.com Dec 05 2013 01:07:39      ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
14990808     +E-mail/Text: tmartin@dekalbcounty.org Dec 05 2013 01:06:50      DeKalb County Treasurer,
               110 E. Sycamore Street,   Sycamore, IL 60178-1448
14990811      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2013 01:15:45      Discover,   PO Box 6103,
               Carol Stream, IL 60197-6103
15384750      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2013 01:15:45      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14990814     +E-mail/Text: ally@ebn.phinsolutions.com Dec 05 2013 01:05:36      GMAC Automotive Bank,
               PO Box 2150,   Greeley, CO 80632-2150
14990827      E-mail/Text: bankrup@aglresources.com Dec 05 2013 01:05:27      Nicor Gas,   P.o. Box 0632,
               Aurora, IL 60507-0632
19927194      E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2013 01:14:57
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14990832      E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:14:43      Wal-Mart,   P.O. Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14990809*    +DeKalb County Treasurer,   110 E. Sycamore Street,   Sycamore, IL 60178-1448
14990810*    +DeKalb County Treasurer,   110 E. Sycamore Street,   Sycamore, IL 60178-1448
14990821*    +LaSalle County Treasurer,   PO Box 1560,   Ottawa, IL 61350-5560
14990819*    +Lake Holiday Property Owners Assoc.,   283 East Street,   Somonauk, IL 60552-9625
14990823*    +Melissa P. Irick,   The Foster & Buick Law Group,   2040 Aberdeen Court,
              Sycamore, IL 60178-3140
14990834*    +Waterman State Bank,   248 W. Lincoln Hwy.,   PO Box 209,   Waterman, IL 60556-0209
```

```
District/off: 0752-3          User: vgossett           Page 2 of 2                  Date Rcvd: Dec 04, 2013
                              Form ID: pdf006          Total Noticed: 35

16409924     ##Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
14990830     ##Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
14990831     ##Utilities, Inc.,    Lake Holiday Utility Corp.,    PO Box 1105,    Northbrook, IL 60065-1105
14990835     ##Wells Fargo Financial National Bank,    PO Box 98796,    Las Vegas, NV 89193-8796
                                                                              TOTALS: 0, * 6, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2013 at the address(es) listed below:
              Bernard J Natale     natalelaw@bjnatalelaw.com,   IL42@ecfcbis.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bradley J Waller    on behalf of Debtor Terry L Webb bwaller@ksbwl.com,   vmaurer@ksbwl.com
              Bradley J Waller    on behalf of Joint Debtor Linda L Webb bwaller@ksbwl.com,   vmaurer@ksbwl.com
              Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
              Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
              Timothy J Conklin   on behalf of Creditor    Waterman State Bank tconklin@fosterbuick.com,
               smaahs@fosterbuick.com
                                                                                             TOTAL: 8
```