# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: WEBB, TERRY L § Case No. 10-70208
    WEBB, LINDA L §
              §
Debtor(s) LEIFHEIT, LINDA L §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $433,190.00      Assets Exempt: $53,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,575.36    Claims Discharged
                   Without Payment: $128,343.44

Total Expenses of Administration: $31,424.64

---

  3) Total gross receipts of $ 60,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $45,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $316,122.69 | $130,734.16 | $130,734.16 | $12,092.17 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,593.57 | 31,424.64 | 31,424.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 751.22 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 167,681.05 | 93,376.83 | 93,376.83 | 1,483.19 |
| **TOTAL DISBURSEMENTS** | $484,554.96 | $259,704.56 | $255,535.63 | $45,000.00 |

    4) This case was originally filed under Chapter 7 on January 22, 2010. The case was pending for 49 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2014          By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury claim | 1142-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Linda L Webb | Pymt of Debtor's PI Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Resource Bank, N.A. | 4110-000 | 120,000.00 | 118,641.99 | 118,641.99 | 0.00 |
| ACS | ACS Recovery Services | 4210-000 | N/A | 6,662.44 | 6,662.44 | 6,662.44 |
| AFI | American Family Insurance | 4210-000 | N/A | 1,383.33 | 1,383.33 | 1,383.33 |
| MOI | Midwest Orthopaedic Institute | 4210-000 | N/A | 3,169.73 | 3,169.73 | 3,169.73 |
| NOREHAB | Northern Rehabilitation | 4210-000 | N/A | 876.67 | 876.67 | 876.67 |
| NOTFILED | Discover Financial Services | 4110-000 | 28,780.35 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Automotive Bank | 4110-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Waterman State Bank | 4110-000 | 156,342.34 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$316,122.69** | **$130,734.16** | **$130,734.16** | **$12,092.17** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 49.61 | 49.61 | 49.61 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,626.25 | 1,736.32 | 1,736.32 |
| BERNARD J. NATALE | 2100-000 | N/A | 5,250.00 | 1,971.00 | 1,971.00 |
| Richard L Turner Jr | 3220-610 | N/A | 7,641.82 | 7,641.82 | 7,641.82 |
| Richard L Turner Jr | 3210-600 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 25.89 | 25.89 | 25.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $35,593.57 | $31,424.64 | $31,424.64 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | DeKalb County Treasurer | 5200-000 | 751.22 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $751.22 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | National Bank & Trust | 7100-000 | 4,357.21 | 4,688.62 | 4,688.62 | 75.71 |
| 2 | Discover Bank | 7100-000 | 6,335.85 | 6,610.00 | 6,610.00 | 106.74 |
| 3 | Capital Recovery III LLC As Assignee of HSBC | 7100-000 | 1,957.53 | 2,237.27 | 2,237.27 | 36.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | American Infosource Lp As Agent for | 7100-000 | 1,679.96 | 1,653.74 | 1,653.74 | 26.71 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 3,720.73 | 3,813.54 | 3,813.54 | 61.58 |
| 6 | Waterman State Bank | 7100-000 | 111,582.98 | 72,843.70 | 72,843.70 | 1,176.32 |
| 8 | Citicorp Trust Bank | 7200-000 | 2,348.21 | 1,529.96 | 1,529.96 | 0.00 |
| NOTFILED | Lake Holiday Property Owners Assoc. | 7100-000 | 704.45 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 554.28 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital Payment Processing | 7100-000 | 157.19 | N/A | N/A | 0.00 |
| NOTFILED | Lake Holiday Property Owners Assoc. | 7100-000 | 822.95 | N/A | N/A | 0.00 |
| NOTFILED | Joe Hand Promotions, Inc. c/o Attorney Thomas P. Riley | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 5,547.04 | N/A | N/A | 0.00 |
| NOTFILED | Wal-Mart | 7100-000 | 623.66 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial National Bank | 7100-000 | 2,483.47 | N/A | N/A | 0.00 |
| NOTFILED | Utilities, Inc. Lake Holiday Utility Corp. | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 1,325.62 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 194.37 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 2,152.96 | N/A | N/A | 0.00 |
| NOTFILED | Menards Retail Services | 7100-000 | 4,089.59 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb County Treasurer | 7100-000 | 3,268.76 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy Retail Services | 7100-000 | 1,825.32 | N/A | N/A | 0.00 |
| NOTFILED | LaSalle County Treasurer | 7100-000 | 3,483.79 | N/A | N/A | 0.00 |
| NOTFILED | LaSalle County Treasurer | 7100-000 | 3,501.06 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb County Treasurer | 7100-000 | 1,887.39 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb County Treasurer | 7100-000 | 3,061.68 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$167,681.05** | **$93,376.83** | **$93,376.83** | **$1,483.19** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70208  
**Case Name:** WEBB, TERRY L  
WEBB, LINDA L  
**Period Ending:** 02/19/14  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 01/22/10 (f)  
**§341(a) Meeting Date:** 02/25/10  
**Claims Bar Date:** 07/06/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 365 N. Birch St., Waterman, IL 60556 | 160,000.00 | 0.00 | | 0.00 | FA |
| 2 | 304 N. 2nd St., Malta, IL | 110,000.00 | 0.00 | | 0.00 | FA |
| 3 | 358 Dee Court, Somonauk, IL | 145,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account Farmers & Traders | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account Resource Bank<br>Amended Sch C Filed 4/7/10 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Savings account Resource Bank | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account Northern Illinois Credit Union<br>Amended Sch C filed 4/7/10 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Savings account Northern Illinois Credit Union<br>Amended Sch C filed 4/7/10 | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Used Household Goods & Furnishings<br>Amended Sch C filed 4/7/10 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Used Wearing Apparel<br>Amended Sch C filed 4/7/10 | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 1998 Chevy truck 172,000 miles<br>Amended Sch C filed 4/7/10 | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | 1969 Chevelle<br>Amended Sch C filed 4/7/10 | 4,000.00 | 50.00 | | 0.00 | FA |
| 13 | Car trailer | 600.00 | 0.00 | | 0.00 | FA |
| 14 | 1987 truck 160,000 miles<br>Amended Sch C filed 4/7/10 | 300.00 | 0.00 | | 0.00 | FA |
| 15 | 2005 Chevrolet Blazer 34,000 miles | 7,890.00 | 0.00 | | 0.00 | FA |
| 16 | Equipment<br>Amended Sch C filed 4/7/10 | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | 100% interest in Shabbona Webby Tap, Inc. Assets | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Personal Injury claim | Unknown | 0.00 | | 60,000.00 | FA |
| **18** | **Assets  Totals** (Excluding unknown values) | **$433,190.00** | **$50.00** | | **$60,000.00** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70208
**Case Name:** WEBB, TERRY L
WEBB, LINDA L
**Period Ending:** 02/19/14

**Trustee:** (330370) BERNARD J. NATALE
**Filed (f) or Converted (c):** 01/22/10 (f)
**§341(a) Meeting Date:** 02/25/10
**Claims Bar Date:** 07/06/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

SPECIAL COUNSEL PROSECUTING PERSONAL INJURY CLAIM.  SEE STATUS REPORT.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    November 27, 2013  (Actual)

Printed: 02/19/2014 12:14 PM    V.13.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-70208  
**Case Name:** WEBB, TERRY L  
WEBB, LINDA L  
**Taxpayer ID #:** \*\*-\*\*\*0520  
**Period Ending:** 02/19/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3866 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/21/13 | {18} | State Farm Mutual Automobile Insurance Company | Gross Settlement Pymt Re: PI Case | 1142-000 | 60,000.00 | | 60,000.00 |
| 10/30/13 | 101 | Richard L Turner Jr | Pymt of Special Counsel's Contingent Fees | 3210-600 | | 20,000.00 | 40,000.00 |
| 10/30/13 | 102 | Richard L Turner Jr | Pymt of Special Counsel's Costs & Expenses | 3220-610 | | 7,641.82 | 32,358.18 |
| 10/30/13 | 103 | ACS Recovery Services | Pymt of Lien | 4210-000 | | 6,662.44 | 25,695.74 |
| 10/30/13 | 104 | Midwest Orthopaedic Institute | Pymt of Lien | 4210-000 | | 3,169.73 | 22,526.01 |
| 10/30/13 | 105 | American Family Insurance | Pymt of Lien | 4210-000 | | 1,383.33 | 21,142.68 |
| 10/30/13 | 106 | Northern Rehabilitation | Pymt of Lien | 4210-000 | | 876.67 | 20,266.01 |
| 10/30/13 | 107 | Linda L Webb | Pymt of Debtor's PI Exemption | 8100-002 | | 15,000.00 | 5,266.01 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.89 | 5,240.12 |
| 01/02/14 | 108 | BERNARD J. NATALE | Dividend paid 100.00% on $1,971.00, Trustee Compensation;  Reference: | 2100-000 | | 1,971.00 | 3,269.12 |
| 01/02/14 | 109 | National Bank & Trust | Distribution paid   1.61% on $4,688.62; Claim# 1; Filed: $4,688.62; Reference: 9993 | 7100-000 | | 75.71 | 3,193.41 |
| 01/02/14 | 110 | Discover Bank | Distribution paid   1.61% on $6,610.00; Claim# 2; Filed: $6,610.00; Reference: 2848 | 7100-000 | | 106.74 | 3,086.67 |
| 01/02/14 | 111 | Capital Recovery III LLC As Assignee of HSBC | Distribution paid   1.61% on $2,237.27; Claim# 3; Filed: $2,237.27; Reference: 8629 | 7100-000 | | 36.13 | 3,050.54 |
| 01/02/14 | 112 | American Infosource Lp As Agent for | Distribution paid   1.61% on $1,653.74; Claim# 4; Filed: $1,653.74; Reference: 1585 | 7100-000 | | 26.71 | 3,023.83 |
| 01/02/14 | 113 | Chase Bank USA, N.A. | Distribution paid   1.61% on $3,813.54; Claim# 5; Filed: $3,813.54; Reference: 5414 | 7100-000 | | 61.58 | 2,962.25 |
| 01/02/14 | 114 | Waterman State Bank | Distribution paid   1.61% on $72,843.70; Claim# 6; Filed: $72,843.70; Reference: MORTGAGE DEFICIENCY | 7100-000 | | 1,176.32 | 1,785.93 |
| 01/02/14 | 115 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,785.93 | 0.00 |
| | | | Dividend paid 100.00%       1,736.32 on $1,736.32;  Claim# ATTY; Filed: $2,626.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%       49.61 on $49.61;  Claim# EXP; Filed: $49.61 | 3120-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 60,000.00 | 60,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 60,000.00 | 60,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$60,000.00** | **$45,000.00** | |

{} Asset reference(s)

Printed: 02/19/2014 12:14 PM    V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-70208 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** WEBB, TERRY L | **Bank Name:** Rabobank, N.A. |
| WEBB, LINDA L | **Account:** ******3866 - Checking Account |
| **Taxpayer ID #:** **-***0520 | **Blanket Bond:** $606,000.00  (per case limit) |
| **Period Ending:** 02/19/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 60,000.00 | | | | |
| | | Less Payments to Debtor : | 15,000.00 | | | | |
| | | Net Estate : | $45,000.00 | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******3866** | | 60,000.00 | 45,000.00 | 0.00 |
| | | $60,000.00 | $45,000.00 | $0.00 |

{} Asset reference(s)

Printed: 02/19/2014 12:14 PM    V.13.14